**GALLISON DEPOSITS**
Last 10 months (Sept 14 - June 15)



FILED
JUL 1 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| Date | Beneficiary Account | Originator | Amount |
|---|---|---|---|
| 9/3/2014 | Faith Services - COM | StixPix-WF | 47,500 |
| 11/12/2014 | Faith Services - COM | Jurojin-AFNB | 60,000 |
| 11/21/2014 | Faith Services - COM | Jurojin-AFNB | 60,000 |
| 12/30/2014 | Faith Services - COM | StixPix-WF | 40,000 |
| 1/27/2015 | Faith Services - COM | Jurojin-AFNB | 25,000 |
| 3/2/2015 | Faith Services - COM | Jurojin-AFNB | 25,000 |
| 2/14/2015 | Cash | Sandias Azucaradas - WF | 4,000 |
| 3/20/2015 | Cash | Mario Vargas | 9,400 |
| 3/21/2015 | Cash | StixPix-WF | 3,000 |
| 4/1/2015 | Carmel Business Consultants - BOA | StixPix-WF | 30,000 |
| 4/16/2015 | Carmel Business Consultants - BOA | StixPix-WF | 20,000 |
| 5/15/2015 | Carmel Business Consultants - BOA | StixPix-WF | 30,000 |
| 5/7/2015 | Valley Shores - WF | StixPix-WF | 17,500 |
| 6/4/2015 | Carmel Business Consultants - BOA | StixPix-WF | 20,000 |
| 7/2/2015 | Carmel Business Consultants - BOA | StixPix-WF | 30,000 |
| | | | **$421,400** |
| | **Monthly Average:** | | **$ 42,140** |

**Key**

| | |
|---|---|
| COM | Comerica |
| BOA | Bank of America |
| WF | Wells Fargo |
| AFNB | American First National Bank |

